Dawn C. Sweatt, CA State Bar No. 238005
Leila N. Sockolov, CA State Bar No. 282946
Christian Wick, CA State Bar No. 333286
Berliner Cohen, LLP
Ten Almaden Boulevard
Eleventh Floor
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388
dawn.sweatt@berliner.com
leila.sockolov@berliner.com
christian.wick@berliner.com

Attorneys for Defendants Bay Area Hydrovac, LLC, Bay Area Concrete, LLC, PMK Contractors, LLC and Preet Johal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., a national bank association; and BANC OF AMERICA LEASING & CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BAY AREA HYDROVAC, LLC, a California limited liability company; BAY AREA CONCRETE, LLC, a California limited liability company; PMK CONTRACTORS, LLC, a California limited liability company; PREET JOHAL, a California resident; YADWINDER SINGH, a California resident; AMIJOT TRUCKING, LLC; a California limited liability company; and ECONOMY TRUCKING SERVICES, INC., a California corporation,<br><br>Defendants. | CASE NO. 4:21-cv-06187-JST<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE<br><br>[Local Rule 6-1]<br><br>Courtroom: 6<br>Judge: Hon. Jon S. Tigar |

Pursuant to Civil Local Rule 6-1(b), Plaintiffs Bank of America, N.A. and Banc of America Leasing & Capital LLC ("Plaintiffs"), by and through their attorney of record Francis Torrence, Defendants Bay Area Hydrovac, LLC, Bay Area Concrete, LLC, PMK Contractors, LLC, PMK

Contractors, LLC, Preet Johal, and Economy Trucking Services, Inc., by and through their attorney of record Leila N. Sockolov, and Defendant Yadwinder Singh, also known as Kevin Singh, through his attorneys of record Jewell J. Hargleroad and Eugene Ashley, and Defendant Amijot Trucking, LLC, by and through Singh's attorneys of record Jewell J. Hargleroad and Eugene Ashley for the limited purposes of this stipulation, hereby stipulate as follows:

WHEREAS, on December 9, 2021, Plaintiffs filed (1) a Motion for Writ of Possession against Defendants Bay Area Hydrovac, LLC and Bay Area Concrete, LLC and (2) a Motion for Writ of Attachment and Right to Attach Order against Defendants Bay Area Hydrovac, LLC, Bay Area Concrete, LLC, PMK Contractors, LLC, Amijot Trucking, LLC, Economy Trucking Services, Inc., Preet Johan, and Yadwinder Singh, (collectively, "Motions") with hearing dates set on January 13, 2022;

WHEREAS, on December 10, 2021, the Court continued the hearing date for Plaintiffs' Motions to February 3, 2021;

WHEREAS, on December 9, 2021, Defendant Yadwinder Singh filed a Notice of Pendency of State Action and Proceeding pursuant to Northern District Local Rule 3-13, concerning the state action pending before the family law court filed in the Superior Court of California, County of Alameda before Hon. Rebekah B. Evenson and Hon. Delbert Gee: *In re Marriage of Singh v. Johal*, Alameda County Superior Case No. HF19031385 (the "Family Law Court");

WHEREAS, Defendant Amijot Trucking, LLC has been served with the Amended Summons and Verified Amended Complaint.  However, due to the pending action in the Family Law Court described above, Defendant Yadwinder Singh awaits an order from the Family Law Court authorizing him to arrange for and manage its representation in this matter;

WHEREAS, pending that order, the Family Law Court has authorized Singh's counsel, Jewell J. Hargleroad and Eugene Ashley, to execute this stipulation extending response times on behalf of Defendant Amijot Trucking LLC; and

WHEREAS, Defendant Economy Trucking Services, Inc., which is represented by Leila N. Sockolov of the law firm Berliner Cohen, LLP, has not yet been served with the Amended Summons or Verified Amended Complaint;

NOW THEREFORE, for the reasons described above, the Parties hereby stipulate and agree to the following revised briefing schedule and related matters:

The time for Defendant Amijot Trucking, LLC to respond to the Verified Amended Complaint is extended to January 7, 2022 (the deadline applicable to all other Defendants);

Defendant Economy Trucking Services, Inc., will waive service of summons;

The time for Defendant Economy Trucking Services, Inc. to respond the Verified Amended Complaint is shortened to January 7, 2022 (the deadline already applicable to all other Defendants);

All Defendants' papers in opposition to Plaintiffs' Motions shall be due on January 11, 2022;

Plaintiffs' papers in reply to Defendants' opposition shall be due January 20, 2022;

The hearing on the Motions shall proceed as presently scheduled on February 3, 2022, at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED: DECEMBER 21, 2021        BERLINER COHEN, LLP

BY:  /s/ LEILA N. SOCKOLOV
     DAWN C. SWEATT
     LEILA N. SOCKOLOV
     CHRISTIAN D. WICK
     ATTORNEYS FOR DEFENDANTS BAY AREA
     HYDROVAC, LLC, BAY AREA CONCRETE, LLC,
     PMK CONTRACTORS, LLC, PREET JOHAL, AND
     ECONOMY TRUCKING SERVICES, INC.

DATED: DECEMBER 21, 2021  LAW OFFICE OF JEWELL HARGLEROAD

BY: /s/ JEWELL J. HARGLEROAD
JEWELL J. HARGLEROAD AND

EUGENE ASHLEY
HOGE FENTON JONES & APPEL, INC.
55 S. MARKET STREET, SUITE 900
SAN JOSE, CA 95113
EUGENE.ASHLEY@HOGEFENTON.COM

ATTORNEYS FOR DEFENDANT YADWINDER OR KEVIN SINGH AND, FOR THE LIMITED PURPOSES OF THIS STIPULATION, AMIJOT TRUCKING, LLC

DATED: DECEMBER 21, 2021  WILSON ELSER MOSKOWITZ EDELMAN AND DICKER LLP

BY: /s/ J. ALEX KRESS
FRANCIS TORRENCE
J. ALEX KRESS (ADMITTED *PRO HAC VICE*)
ATTORNEYS FOR PLAINTIFFS BANK OF AMERICA, N.A. AND BANC OF AMERICA LEASING & CAPITAL LLC

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to N.D. Cal. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Plaintiffs and counsel for Defendant Yadwinder Singh.

DATED: DECEMBER 21, 2021

BY: /s/ LEILA N. SOCKOLOV
LEILA N. SOCKOLOV
BERLINER COHEN LLP
ATTORNEYS FOR DEFENDANTS BAY AREA HYDROVAC, LLC, BAY AREA CONCRETE, LLC, PMK CONTRACTORS, LLC, PREET JOHAL, AND ECONOMY TRUCKING SERVICES, INC.

# ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED that Defendants shall have up to and including January 11, 2022, to oppose Plaintiffs' Motion for Writ of Possession and Motion for Writ of Attachment and Right to Attach Order. Plaintiffs shall have up to and including January 20, 2022 to reply. The hearing on Plaintiffs' Motion for Writ of Possession and Motion for Writ of Attachment and Right to Attach Order shall proceed as presently scheduled on February 3, 2022, at 2:00 p.m. Defendants Amijot Trucking, LLC and Economy Trucking Services, Inc. shall respond to the Verified Amended Complaint on or before January 7, 2022.

IT IS SO ORDERED.

DATED:  January 03, 2022

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE