UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BAY AREA HYROVAC, LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-06187-JST<br><br>**ORDER OF DISMISSAL**<br><br>Re: ECF No. 79 |

The parties have informed the Court that they "have reached a resolution of the issues in this matter" and "have agreed to dismiss this proceeding with prejudice" by June 30, 2022. ECF No. 79. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice by July 14, 2022, informing the Court that the parties have not reached a resolution.

**IT IS SO ORDERED**.

Dated: March 14, 2022



JON S. TIGAR
United States District Judge